UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. HARRIS, et al.,<br><br>　　　　　Defendants. | No.  1:25-cv-00779-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>Docs. 2, 6 |

　　　　Plaintiff Kirell Taylor filed pro se the instant action pursuant to 42 U.S.C. § 1983, on June 27, 2025, along with an application to proceed in forma pauperis.  Docs. 1, 2.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

　　　　On June 30, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be directed to pay the $405.00 filing fee in full to proceed with this action.  Doc. 6. Specifically, the magistrate judge found that plaintiff had accumulated three strikes within the meaning of 28 U.S.C. § 1915(g) and therefore could proceed in forma pauperis only if he was in imminent danger of serious physical injury.  *Id.* at 2.  The magistrate judge concluded that plaintiff's allegations failed to demonstrate that he was in imminent danger of serious physical injury at the time of filing.  *Id.* at 2–3.  Those findings and recommendations were served on

plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. *Id.* at 3. Plaintiff did not file objections and the deadline to do so has passed.

Pursuant to 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 30, 2025, Doc. 6, are adopted in full;
2. Plaintiff's application to proceed in forma pauperis, Doc. 2, is denied; and
3. Within twenty-one (21) days following the date of service of this Order, plaintiff shall pay the $405.00 filing fee in full if he wishes to proceed with this action.

**Plaintiff is advised that failure to pay the filing fee as ordered will result in the dismissal of this action without prejudice and without further notice.**

IT IS SO ORDERED.

Dated: September 13, 2025

UNITED STATES DISTRICT JUDGE

2