UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL TAYLOR,<br><br>                    Plaintiff,<br><br>        v.<br><br>F. HARRIS, et al.,<br><br>                    Defendants. | No.  1:25-cv-00779-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 16, 19 |

Kirell Taylor seeks to hold the defendants liable for excessive force in violation of his civil rights. *See* Doc. 16.  Defendants move to dismiss the action as time-barred, asserting that Taylor "failed to bring the instant lawsuit within the applicable statute of limitations period." Doc. 16-1 at 2.  Taylor opposed the motion.  Doc. 17.

The magistrate judge found that under the applicable statute of limitations, any complaint filed related to the underlying claim was due no later than November 13, 2023.  Doc. 19 at 5.  As Taylor filed this action on Jun 27, 2025, the magistrate judge determined the action is barred.  *Id.* The magistrate judge also found there was no basis for tolling the deadline to the complaint filing date.  *Id.* at 6-8.  The magistrate judge recommended the motion to dismiss be granted.  *Id.* at 8.

On May 5, 2026, the Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days.  Doc. 19 at 9.  The Court informed the parties that a failure to file timely objections may result in the waiver of rights on appeal.  *Id.*

(citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  No objections were filed, and the time to do so expired.

Consistent with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1.   The findings and recommendations issued May 5, 2026 (Doc. 19) are ADOPTED in full.

2.   Defendants' motion to dismiss (Doc. 16) is GRANTED.

3.   The action is DISMISSED with prejudice as barred by the statute of limitations.

4.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    June 4, 2026

_____
UNITED STATES DISTRICT JUDGE

2